# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150114(28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TED FLOYD GIPSON,
      Defendant-Appellant.

SC: 150114
COA: 320828
Macomb CC: 2007-004973-FC

_____/

On order of the Court, the motion for reconsideration of this Court's April 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



d1116

Clerk